**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  PROMULGATION OF          :   No. 502
CONSUMER PRICE INDEX PURSUANT   :
TO 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4)   :   JUDICIAL ADMINISTRATION DOCKET
                                           :
                                           :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of September, 2018, it is Ordered pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2017 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended).